MAYOR AND ALDERMEN OF SAVANNAH *v.* BALMER *et al.*

BECK, J. The questions involved in this case are controlled by the ruling in the case of *Mayor etc. of Savannah* v. *Granger*, ante, 578.

*Judgment reversed. All the Justices concur.*

AUGUST 16, 1916.

Injunction. Before Judge Charlton. Chatham superior court. July 3, 1915.

*John Rourke Jr., D. S. Atkinson, Warren Grice, Clifford Walker,* and *R. J. Travis,* for plaintiff in error.

*Charles E. Donnelly* and *John E. Schwarz,* contra.